**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: April 7, 2026
Docket #: 25-3092
Short Title: United States of America v. Lutchman

DC Docket #: 6:16-cr-6071-1
DC Court: WDNY (ROCHESTER)
DC Judge: Trial Judge - Frank P. Geraci

**CASE STATUS UPDATE NOTICE**

In response to your letter dated April 2, 2026, your appeal is currently pending.  Your Brief is due on April 21, 2026. A sample brief will be sent with this notice to assist you along with the instructional guide "How to Appeal a Criminal Case". A T-1080 and certificate of service will also be sent for any request you might have. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8503.